| | | | |
|---|---|---|---|
| | AUSA: Diane Princ | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Brandon Follrod | Telephone: | (571) 362-1834 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Antonio Heath

Case No. Case: 2:22−mj−30520
Assigned To : Unassigned
Assign. Date : 12/8/2022
Description: CMP USA v. HEATH (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 15, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute fentanyl |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Brandon Follrod, Special Agent (DEA)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 8, 2022

_Judge's signature_

City and state: Detroit, Michigan

Hon. Jonathan J.C. Grey, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brandon Follrod, after being duly sworn, state as follows:

1.      I am a Special Agent with the Drug Enforcement Administration and have been since June 2019. I am thus a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  Previously, I was a police officer for the City of Sylvania, Ohio for five years prior to being employed as a special agent for the DEA. I have received specialized training on the subjects of drug trafficking and money laundering from the DEA and have personally been involved in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. I am presently involved in investigating covert and overt drug trafficking and money laundering complaints. I am familiar with and have participated in the normal methods of drug trafficking and money laundering investigation, including, but not limited to, visual and video surveillance, witness questioning, obtaining and executing search and arrest warrants. I am presently working in conjunction with other federal and local police agents and agencies investigating drug trafficking throughout the United States of America.

2. This affidavit is based on my personal knowledge, as well as information obtained from documents, electronic databases, witnesses, and other law enforcement personnel involved in this investigation. The information contained in this affidavit is provided for the purpose of establishing probable cause for a search warrant and does not contain all of the details of this case known to me.

3. This affidavit provides information necessary to establish probable cause the Antonio HEATH (DOB XX-XX-1972) has violated 21 U.S.C. Section 841 (a)(1) (possession with intent to distribute fentanyl) and 18 U.S.C. 922 (g) (felon in possession of a firearm).

## CRIMINAL HISTORY OF ANTONIO HEATH

4. The following is all criminal convictions for Antonio HEATH, which includes felony convictions:

- 1989 Controlled Substance Delivery/Manufacturing (Cocaine, heroin less than 50 grams)
- 1997 - Controlled Substance Delivery/Manufacturing (Cocaine, heroin less than 50 grams)
- 1997 - Controlled Substance Delivery/Manufacturing (Cocaine, heroin less than 25 grams)

- 1997 - Controlled Substance Delivery/Manufacturing (Cocaine, heroin less than 25 grams)

- 2006 - Controlled Substance Delivery/Manufacturing (Cocaine, heroin less than 50 grams)

- 2006 Controlled Substance Delivery/Manufacturing (Cocaine, heroin less than 50 grams)

- 2006 - Controlled Substance Possession (Cocaine, Heroin) 50-499 grams

- 2006 - Controlled Substance Possession (Cocaine, Heroin) 50-499 Grams

5. HEATH was sentenced to prison terms exceeding one year for the 1997 and 2006 convictions, and so there is probable cause to conclude that he is aware of his status as a convicted felon.

**INVESTIGATIVE BACKGROUND AND PROBABLE CAUSE**

6. In October 2022, Detroit Police Department (DPD) –Narcotics Unit initiated an investigation into the Antonio HEATH Drug Trafficking Organization (DTO). DPD investigators received information that HEATH was kilogram distributor of fentanyl in the Metro Detroit, MI area. Investigators also received intelligence that HEATH was operating a stash location at 17205 Warwick Street

3

Detroit, MI. DPD investigators were able to obtain state search warrants for GPS ping data and a GPS tracking device for HEATH's cell phone and vehicle.

7. During October and November 2022, investigators established physical surveillance and observed HEATH leaving 17205 Warwick Street from the front door multiple times a day on multiple dates when they conducted physical surveillance at that location. In addition, DPD investigators were able to observe electronic surveillance via GPS ping and GPS Tracker data that placed HEATH at 17205 Warwick Street and at 200 Riverfront Drive on a daily basis. DPD investigators observed HEATH arrive at 17205 Warwick, depart this residence, and go to numerous suspected narcotics distribution locations in Detroit, MI, including a residence on Tuxedo street. Through physical surveillance at those suspected narcotics distribution locations, investigators observed narcotics-related activity, including multiple hand-to-hand narcotic transactions.

8. For example, on November 1, 2022, investigators physically observed HEATH's vehicle at 17205 Warwick Street. Later that same date, investigators physically observed HEATH at the suspected narcotics distribution location on Tuxedo, where HEATH appeared to be engaged in narcotics distribution. Specifically, investigators observed HEATH enter the residence at the Tuxedo location, where multiple people entered, stayed a brief period of time (approximately 10 minutes), and left, all while HEATH was inside the location.

9. Based on this information, DPD investigators concluded that 17205 Warwick Street was the narcotic stash location for HEATH, and that 200 Riverfront Dr Detroit, MI was his primary residence where the narcotics proceeds would be located.

10. On November 15, 2022 at approximately 1:45pm, Detroit Police Department (DPD) Narcotics Unit conducted a state search warrant at 17205 Warwick Street Detroit, MI subsequent to a narcotics investigation into Antonio HEATH. Upon securing the residence, DPD investigators encountered Latonia THOMPSON (DOB XX-XX-1971) inside of the residence. DPD investigators subsequently recovered:

- Two hundred and eighty-eight (288) blue round "M-30" Oxycodone Hydrochloride pills located in the kitchen;
- One (1) black grocery bag containing approximately one kilogram of suspected fentanyl located in the kitchen;
- One (1) sandwich bag that contained cocaine located in the kitchen;
- One (1) knotted bag containing suspected fentanyl located in the kitchen and
- One (1) sandwich bag that contained suspected fentanyl.

11.     DPD investigators also recovered drug processing equipment such as a blender containing narcotics residue, packaging materials, cutting agents and materials, sandwich bags with narcotics residue from the kitchen.

12.     Investigators also recovered a black Walther PK380 semi-automatic pistol with eight (8) live rounds and one in the chamber from the upstairs bedroom belonging to THOMSON. DPD investigators also recovered a second firearm, PT99 AFS 9mm with five (5) live rounds and one live round in the chamber, from the hallway closet safe.

13.     All drug evidence was subsequently taken to the DPD Property Processing Unit for testing. DPD Cpl Rhodes tested all narcotics seized using a TruNarc Device (Scan # 4052 and #4053); the recovered narcotics tested positive for fentanyl and cocaine.  The final weight of the kilogram of tested fentanyl was 1,056.7 grams, and the tested cocaine seized final weight was 64.2 grams.

14.     DPD investigators conducted a post-*Miranda* interview THOMPSON. She stated that the firearm located in the safe in the closet and the narcotics seized belonged to HEATH.

15.     On the same date, at approximately 2:00pm, DPD investigators executed a search warrant at HEATH's primary residence located at 200 Riverfront Drive Apt 3J Detroit, MI. While DPD investigators were approaching the primary residence, HEATH was observed departing the apartment in a 2022 Jeep Grand

Cherokee. DPD conducted a traffic stop on the Jeep Grand Cherokee where HEATH was subsequently detained while DPD investigators finished executing the search warrant at the primary residence.

16. Subsequent to the search warrant at the primary residence, DPD investigators located one (1) .45 caliber Smith and Wesson M&P Shield semi-automatic pistol with numerous live rounds and one live round in the chamber. This firearm was located under HEATH's pillow on his bed. DPD investigators also located a 9mm Smith and Wesson M&P loaded with numerous live rounds with one live round in the chamber on top of a shelf in HEATH's closet. DPD investigators also recovered $8,638 in United States Currency (USC) from a combination of HEATH's person and HEATH's bedroom and living room.

17. I confirmed with ATF Special Agent James Pharr about the Smith and Wesson firearms seized from HEATH'S residence at 200 Riverfront Drive. Special Agent Pharr, who is an interstate nexus expert, stated that Smith and Wesson does not manufacture their firearms in the state of Michigan. Thus there is probable cause to believe that the Smith and Wesson firearms traveled in interstate and/or foreign commerce.

18. DPD investigators also located proof of residency of an internet bill addressed to HEATH at 200 Riverfront Drive Apt 3J Detroit, MI. DPD investigators also located three (3) house keys. DPD investigators verified that they

keys found matched and unlocked the security gate and the front door to 17205 Warwick Street Detroit, MI in which all drug evidence was seized. HEATH was subsequently arrested and transported to the Detroit Detention Center without incident.

## CONCLUSION

19. Probable cause exists that Antonio HEATH violated Title 21 U.S.C. section 841 (a)(1) (possession with intent to distribute fentanyl) and Title 18 U.S.C. section 922 (g) (felon in possession of a firearm).

Respectfully submitted,

_____
Brandon Follrod
Special Agent
Drug Enforcement Administration

Subscribed to and sworn to before me in my
presence and/or by reliable electronic means.

_____
HON. JONATHAN J. C. GREY
United States Magistrate Judge
Date: December 8, 2022

8